9:48     5G

   **xanderterpstra**
Business chat



# xanderterpstra

## 1.1K followers · 228 posts

You've followed this Instagram account since 2024

**View profile**

MAR 15, 2024



 Message...

9:48

 **xanderterpstra**
Business chat



xanderterp...

lumetallix

**lumetallix** Did you know that even children's toys may contain lead?...



**lumetallix**

An average
**IQ loss of 5 points**
across the Mexican
population,
caused by lead
contamination

**lumetallix** Learr    re about
lead contamina.    .n the Ti...

Message...

**9:48**

 **xanderterpstra**
Business chat



★★★★★ 26

**Lumetallix: Instant Glowing Lead Test Kit for Dishes, Paint, Ceramics, Glass, Toys - Quick, Easy and Safe to Use, UV-visible Spray Test, Reliable Lead Detection Results in Seconds**

🌐 a.co

Lumetallix: Instant Glowing Lead Test Kit for Dishes, Paint, Ceramics, Glass, Toys - Quick, Easy and Safe to Use, UV-visible Spray Test, Reliable Lead Detection Results in Seconds
https://a.co/d/gvUjCa2

I'm confused. Are you saying that what Eric is doing is illegal? Does he have the right to sell your product?

MAR 15, 2024

Message...

9:48                                                    .ıll 5G 🔋

  **xanderterpstra**
Business chat



He has the right to sell Lumetallix. With the Fendi logo kit he sells a copy that's not ours and infringes on our IP

I'm not understanding how this infringes on your brand if he has a right to sell it. Can you explain more?

Did you license the technology to him?



He has the right to sell the original Lumetallix kit!

So he only has the right to sell your kit in its entirety but not create his own branding, correct?



 Message...

9:49     5G<sup>u</sup>

 **xanderterpstra**
Business chat



This is a copy

> Yes I understand it's a copy.
> What I don't understand is the
> licensing agreement.



★★★★★ 26

Lumetallix: Instant Glowing
Lead Test Kit for Dishes,
Paint, Ceramics, Glass, Toys
– Quick, Easy and Safe to
Use, UV-visible Spray Test,
Reliable Lead Detection
Results in Seconds

🌐 a.co    ⌄

Message...

9:50  •ıl 5G

 **xanderterpstra**
Business chat

**Lead Test Kit for Dishes, Paint, Ceramics, Glass, Toys - Quick, Easy and Safe to Use, UV-visible Spray Test, Reliable Lead Detection Results in Seconds**

🌐 a.co

Lumetallix: Instant Glowing Lead Test Kit for Dishes, Paint, Ceramics, Glass, Toys - Quick, Easy and Safe to Use, UV-visible Spray Test, Reliable Lead Detection Results in Seconds
https://a.co/d/gvUjCa2

There is no licensing agreement. He may sell our kit in his Amazon shop

 See above

So he's purchasing all your supplies? He's got all this video of him mixing chemicals. It doesn't look like he's using your spray. Is he using your flashligh̶t ̶a̶nd the card? Which part is yo̶̶?

Message...

9:50   5G

 **xanderterpstra**
Business chat

So he's purchasing all your supplies? He's got all this video of him mixing chemicals. It doesn't look like he's using your spray. Is he using your flashlights and the card? Which part is yours?

Tell me more about your Prop. 65 warning and what that's about please.

 None of the parts are ours. He mixes something himself in a garage by the looks of it...

So now I'm really confused. If none of the parts are yours, how can you say he's selling your product?

Wouldn't that mean it's his product?

Are you just saying he's copying you?

Message...

**9:50**

  5G

  **xanderterpstra**
Business chat



Do you have a trademark on the technology? Anything that would prevent him from doing this legally?

 He is selling our product the original Lumetallix instant lead test kit that was developed in the netherlands by us. He sells those on his Amazon page( see link) Our product is patented and trademarked. He has copied our product and is selling that copy on his Lead detect site and is thereby infringing.

Are you going to sue him?

To hold on to that copyright you kinda have to...at least US you have to defend them to keep them....not sure about EU laws

 We will take appropriate actions...
⌄

Direct environmental lead detection by

 Message...

9:50     5G<sup>u</sup>c

 **xanderterpstra**
Business chat

We will take appropriate actions...



**Direct environmental lead detection by photoluminescent perovskite formation with nanogram sensitivity**

Lukas Helmbrecht,[†,¶] Sjoerd W. van Dongen,[†] Arno van der Weijden,[†]
Christiaan van Campenhout,[†] and Willem L. Noorduin[*,†,‡,¶]

†AMOLF, Science Park 104, Amsterdam 1098 XG, The Netherlands
‡Van 't Hoff Institute for Molecular Sciences, University of Amsterdam, Science Park 904,
Amsterdam 1090 GD, The Netherlands
¶Lunetallix B.V., Science Park 104, 1098 XG Amsterdam, The Netherlands

E-mail: w.noorduin@amolf.nl

**Abstract**

Although the global ban of leaded gasoline has markedly reduced lead poisoning, many other environmental sources of lead exposure such as paint, pipes, mines, and recycling sites remain. Existing methods to identify these sources are either costly or unreliable. We here report a new sensitive and inexpensive lead detection method that relies on the formation of a perovskite semiconductor. The method only requires spraying the material of interest with methylammonium bromide and observing photoluminescence under UV light. The method detects as little as 1.0 ng/mm² lead with the naked eye and 50 pg/mm² using a digital photo camera. We exposed more than 50 different materials to our reagent and found no false negatives or false positives. The method readily detects lead in soil, paint, glazing, glass, plastics, and dust and could

**(PDF) Direct environmental lead detection by photoluminescent perovskite formation with nanogram sensitivity**

 researchgate.net

I'm assuming you did that study

Yes that's ours

Cause we linked it up in

Message...

9:50   .ıl  5G⁰ᶜ

<    **xanderterpstra**
Business chat

lead detection by photoluminescent perovskite formation with nanogram sensitivity

🌐 researchgate.net

I'm assuming you did that study

Yes that's ours

Cause we linked it up in



I've got a bunch of tax meetings...will be back later today to discuss

Have fun 😉

MAR 18, 2024

Can you send me your patent so I can study this please

Seen

Message...