| Datum<br>Date 09.02.2026<br>Date | Blatt<br>Sheet 1<br>Feuille | Anmelde-Nr:<br>Application No: 22 720 443.5<br>Demande n°: |

The examination is being carried out on the **following application documents**

**Description, Pages**

| 1-21 | filed in electronic form on | 14-07-2025 |

**Claims, Numbers**

| 1-11 | filed in electronic form on | 14-07-2025 |

**Drawings, Sheets**

| 1/3-3/3 | as published |

The following documents have been cited in the international search report; the numbering will be adhered to in the rest of the procedure.

D1    CN 110 243 814 A (UNIV SUZHOU) 17 September 2019 (2019-09-17)

D2    CN 109 444 096 A (FUJIAN INST RES STR MATTER CAS) 8 March 2019 (2019-03-08)

D3    WANG SHUYA ET AL: "Highly selective fluorescence turn-on determination of Pb(II) in Water by in-situ enrichment of Pb(II) and MAPbBr3 perovskite growth in sulfydryl functionalized mesoporous alumina film", SENSORS AND ACTUATORS B: CHEMICAL, ELSEVIER BV, NL, vol. 326, 29 September 2020 (2020-09-29), XP086327441, ISSN: 0925-4005, DOI: 10.1016/J.SNB.2020.128975 [retrieved on 2020-09-29]

D4    LI DONGYU ET AL: "Cesium tin halide perovskite quantum dots as an organic photoluminescence probe for lead ion", JOURNAL OF LUMINESCENCE, ELSEVIER BV NORTH-HOLLAND, NL, vol. 216, 19 August 2019 (2019-08-19), XP085863092, ISSN: 0022-2313, DOI: 10.1016/J.JLUMIN.2019.116711 [retrieved on 2019-08-19]

The following documents are introduced in response to third party observations. The numbering will be adhered to in the rest of the procedure.

EPO Form 2906 01.91TRI

| Datum<br>Date  09.02.2026<br>Date | Blatt<br>Sheet  2<br>Feuille | Anmelde-Nr:<br>Application No:  22 720 443.5<br>Demande n°: |
| --- | --- | --- |

D5      Holtus Tim: "Shape-preserving transformation of carbonate minerals into lead halide perovskite semiconductors based on ion exchange/insertion reactions "supplimental informaiton"",
nature chemistry, 4 June 2018 (2018-06-04), pages 1-15, XP093194765,

D6      HOLTUS TIM ET AL: "Shape-preserving transformation of carbonate minerals into lead halide perovskite semiconductors based on ion exchange/insertion reactions",
NATURE CHEMISTRY, NATURE PUBLISHING GROUP UK, LONDON,
vol. 10, no. 7, 4 June 2018 (2018-06-04), pages 740-745, XP036530432,
ISSN: 1755-4330, DOI: 10.1038/S41557-018-0064-1
[retrieved on 2018-06-04]

D7      Holtus Tim ET AL: "SI Movie: Shape-preserving transformation of carbonate minerals into lead halide perovskite semiconductors based on ion exchange/insertion reaction",
Nature Chemistry, 4 June 2018 (2018-06-04), XP093327551,

D8      Yan Jun ET AL: "CH3NH3Br solution as a novel platform for the selective fluorescence detection of Pb2+ ions",
Scientific reports,
vol. 9, no. 1, 1 November 2019 (2019-11-01), XP093359709,
US
ISSN: 2045-2322, DOI: 10.1038/s41598-019-52431-y
Retrieved from the Internet:
URL:https://www.nature.com/articles/s41598-019-52431-y

D9      Yan Jun ET AL: "SI: CH3NH3Br solution as a novel platform for the selective fluorescence detection of Pb2 ions",
Scientific Reports, 1 September 2019 (2019-09-01), XP093359708,
Retrieved from the Internet:
URL:https://www.nature.com/articles/s41598-019-52431-y

The third-party observations received on  pursuant to Art. 115 EPC; in particular documents

D8

D9, being the supplementary information of D8.

| Datum Date 09.02.2026 Date | Blatt Sheet 3 Feuille | Anmelde-Nr: Application No: 22 720 443.5 Demande n°: |
| --- | --- | --- |

call into question the patentability of the subject-matter claimed for the reasons given below. Thus, these documents will be taken into account in the proceedings (see EPC Guidelines E-VI, 3) and the numbering will be adhered to in the rest of the procedure.

1       **Novelty (Art. 56 EPC)**

Claim 1 refers to solid substrates suspected off containing lead and limits the substrates to painted surfaces, glass, metals, and plastics.

In particular the term painted surfaces is broad and not well defined as any surface having a substance applied to it could be understood as painted surface. It is disagreed with the third party observation that the technique of application would introduce a lack of clarity seems to refer to the broadness of the claim. However in view of the broadness it is considered that a paper having applied a lead solution onto it might be considered a painted surface.

D8 discloses a method of detecting lead using a $CH_3NH_3Br$ solution to detect $Pb^{2+}$ ions. In particular D8 discloses an example, p. 5 and Fig. S7, wherein a $PbBr_2$ solution is applied to a paper strip to write the letters BJTU. The surface of the paper strip applied with $PbBr_2$ solution might be considered as painted surface as neither the claim nor the description of the application provides a narrow definition of what is to be understood as painted surface. Consequently the paper strip might be seen as painted surface suspected of containing lead.

D8 discloses further applying a MABr solution to the paper strip (p. 5) and to subject the the paper strip to UV source to observe a fluorescent signal highlighting the parts of the strip comprising lead (p. 5 and Fig. S7).

Hence the subject-matter of claim 1 is not novel in view of D8/D9.

2       As the paper strip in D8 is not treated specifically, it seems that it is reasonably expectable by the skilled person, that a similar reaction is to be expected on glass, metal and plastic.

3       **Procedure**

3.1       When filing amended claims the applicant the applicant is asked to provide arguments in form of the problem solution approach in favour of patentability.

EPO Form 2906 01.91TRI

| Datum<br>Date  09.02.2026<br>Date | Blatt<br>Sheet  4<br>Feuille | Anmelde-Nr:<br>Application No:  22 720 443.5<br>Demande n°: |
|---|---|---|

3.2    When filing amended claims the applicant should at the same time bring the description into conformity with the amended claims. Care should be taken during revision, especially of the introductory portion and any statements of problem or advantage, not to add subject-matter which extends beyond the content of the application as originally filed (Article 123(2) EPC).

3.3    In order to comply with the requirements of Rule 137(4) EPC, <u>the applicant should clearly identify the amendments made</u>, irrespective of whether they concern amendments by addition, replacement or deletion, <u>and indicate the passages of the application as filed on which these amendments are based</u> (Guidelines H-III, 2.1).

EPO Form 2906 01.91TRI