**Gmail**           **eric ritter <ericcarlritter@gmail.com>**

## Following Up - March 16, 2024 - Advertising Banner Placement

3 messages

**Tamara Rubin** <tamararubin@mac.com>      Sat, Mar 16, 2024 at 9:27 AM
To: eric ritter <ericcarlritter@gmail.com>
Cc: Tamara Rubin <tamararubin@mac.com>, Len Rubin <lenrubin@mac.com>

Hello Eric,

Thanks for being available to have those NYC Subway banners picked up - much appreciated!

Just a head's-up (but an important one):

Given a primary term of our original agreement (the time limit for the set payment **amount** for the advertising banner on the website) *expired on March 1, 2024*, I have drafted a new agreement for your signature. As soon as you are able to sign this and send it back to me - I will return a fully executed copy with my signature.

In your text (Thursday - 3/14) you noted that you would get me the banner ad for your new glowing kit "next week" - but per our original agreement (and related discussions), *I would need to actually have the opportunity to use your product and confirm the efficacy of any product you manufacture (as compared to other available Lead-testing products) before beginning the placement of the advertising sponsorship banner for that product*. Ethically I cannot advertise a product on my site that I am not familiar with / have not yet tried / have not yet approved.

As I understand it, you just started shipping your new glowing product this week - and you have not yet sent me any of the new product to work with to confirm the efficacy - so if you did want to pull the trigger on advertising for that particular product (your iteration of the glowing product), I would need a minimum of a *6-week window* (after you send me the product samples) to test (*work with and fully evaluate*) the product before launching an advertising banner (which would only be launched once the efficacy was confirmed). With that context, I anticipate that the soonest we could begin advertising your glowing product would likely be May 15, 2024 (give or take a week or two).

Separately, I did not understand that the inventors of the glowing product technology (from the Netherlands) *held a valid international patent* until I read the November 27, 2023 scientific journal article about the glowing product. I had previously understood (from what you said to me in our conversations last year) *that there may not actually be a patent, and if there was - that the inventors' patent claim was not legitimate or valid*. My understanding was that this was the basis for your initiative to manufacture a similar product locally in the United States. I was quite surprised by what I read in the November 27th article given our conversations up to that point about the glowing product.

I cannot ignore the presumed validity of an international patent held by the inventors of the glowing product technology, or the legal, financial and business exposure that ignoring such patents would create. I understand that you claim their patents are not legitimate or valid, but I don't have the ability to determine whether that's correct or even to be exposed to litigation that would test that. I cannot risk having Lead Safe Mama, LLC involved with advertising a product that exposes Lead Safe Mama, LLC to legal liability arising out of advertising your (similar) version of that product or reputational liability or damage from that involvement.

The simplest thing for us to close out our relationship would be for you to sign the new agreement (attached) - which will apply the outstanding / unused funds you have paid to Lead Safe Mama, LLC to date to an advertising banner placement for your original Scitus Lead testing product (at our current 2-24/2025

advertising banner rate), and I will (fairly immediately upon this contract being signed by both of us) launch the advertising banner for your *current Scitus swab product* in the header spot on the website, where it will remain for the coming 12 calendar months.

I have drafted the new agreement with the express intention of limiting any interaction between us, given the legal considerations noted above. You can be assured that I *want people to click the button* (proposed graphic below), so I hope you can trust me to keep the graphic engaging and relevant without any input from you (which will save you time and energy, but will hopefully, without any need for hands-on input from you, still engage the public in purchasing this product).

Thanks for your consideration.

Tamara Rubin
Owner - Lead Safe Mama, LLC
www.LeadSafeMama.com
@LeadSafeMama
tamararubin@mac.com

**2 attachments**



**Copy of Scitus Banner Draft 2.png**
38K


**March 2024 Eric Agreement.pdf**
66K

---

**eric ritter** <ericcarlritter@gmail.com>                                        Sat, Mar 16, 2024 at 11:32 AM
To: Tamara Rubin <tamararubin@mac.com>
Cc: Tamara Rubin <tamararubin@mac.com>, Len Rubin <lenrubin@mac.com>

i wish youd call me back tamara so we can talk about this, theres no international patent, and the scitus swabs dont satisfy #2 of our previous agreement. theres also no provision to transmute the work you owe me into advertising dollars, especially when you predicate the value on projections that were missed last year and are even more grandiose going forward.

i get you are so upset with how things have gone id like to get to the bottom of all the confusion and disputed information!

your putting me in a really uncomfortable position here with only a few options so lets talk about it before i keep making moves, i have a lot of respect for you and your situation and understand deeply how and why you do what you do. so i'm giving you this opportunity rather than just going ahead in a new direction!

in my opinion thats better than the unilateral activities that have been happening, everyone should try to work together towards eliminating lead poisoning

call me back!

[Quoted text hidden]

---

**eric ritter** <ericcarlritter@gmail.com>           Sat, Mar 16, 2024 at 12:17 PM
To: Len Rubin <lenrubin@mac.com>

Hey Len- please talk to your wife about this. i'd really like to have a reasoned discussion with tamara about the email she sent me, i'm not going to be able to sign the contract she rewrote.

I know you guys are in a ton of debt so I don't really want to add to that. Obviously I know its a compromised situation but she's going to need to speak with me about it directly in order to get on the same page.

eric

[Quoted text hidden]